. No. 458. Christie et al. *v.* Broussard et al.

November 6, 1939. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Mutual Life Insurance Co.* v. *McGrew,* 188 U. S. 291, 308; *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Home for Incurables* v. *City of New York,* 187 U. S. 155, 158; (2) *Roberts* v. *City of New York,* 295 U. S. 264, 278; *Seattle Ry.* v. *Linhoff,* 231 U. S. 568, 570; *Cross Lake Shooting & Fishing Club* v. *Louisiana,* 224 U. S. 632, 638; *Ross* v. *Oregon,* 227 U. S. 150, 162. *Mr. Robert L. Cole* for appellants. *Messrs. E. B. Pickett, Will E. Orgain,* and *E. E. Easterling* for appellees.